No. 904. SANTOS *v.* FRANCO ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en noviembre 12, 1912. Desestimada la apelación por incumplimiento de la sección 12 de la ley de desahucio de marzo 9, 1905. Abogado del promovente: *Sr. Francisco Soto Gras.* Abogado de la parte contraria: *Sr. Luis Freyre Barbosa.*

———

No. 323. EX PARTE RINCÓN.—Solicitud para que se apruebe la fianza notarial otorgada por la "National Surety Company." Resuelto en noviembre 14, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

———

No. 271. EX PARTE FAJARDO.—Solicitud para que se apruebe la fianza notarial otorgada por la "National Surety Company." Resuelto en noviembre 19, 1912. Ratificada la aprobación de la fianza notarial. El peticionario compareció en nombre propio.

———

No. 882. AVALO *v.* PORRATA ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en noviembre 20, 1912. Denegada la moción por los fundamentos consignados en la opinión emitida en el caso No. 881, *Avalo Sánchez* v. *Porrata et al.* Resuelto en noviembre 20, 1912. Abogados de la parte promovente: *Sres. José A. Poventud y H. S. Belaval.* Abogado de la parte contraria: *Sr. H. H. Scoville.*